

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 12-505

CERTAIN PERSON(S) :

FILED
SEP 13 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 14th day of September, 2012, upon consideration of the Government's Motion to Impound Information, and accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in protecting ongoing criminal investigations, it is hereby

**ORDERED**

that the within information and accompanying docket papers are IMPOUNDED and to be retained in the custody of the Clerk of Court until notified by the United States Attorney's Office that the information can be unimpounded, except that the Clerk is authorized to disclose to the attorney for the government the docket number and district court judge assigned to the case, and the attorney for the government is authorized to disclose the information to the district court judge assigned to the case. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Karen M. Klotz, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT, the Clerk is directed upon notice from the United States Attorney's Office to remove the docket papers hereby impounded and restore the same to the public docket.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 12-505 |
| CERTAIN PERSON(S) | : | |

FILED
SEP 1 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION TO IMPOUND INFORMATION

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Karen M. Klotz, Assistant United States Attorney for the district, moves to impound the within documents and related docket entries and in support of its Motion states as follows:

1. The within information, and accompanying docket papers, are documents which, if made public would jeopardize the government's interest in protecting several ongoing criminal investigations.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to protecting an ongoing criminal investigation are traditionally conducted ex parte and in camera, with deference to the government's determination that the information should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing ongoing criminal investigations, the

government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Karen M. Klotz, Assistant United States Attorney. It is further requested that the information be unimpounded upon notice of the United States Attorney's Office.

                                      **Respectfully submitted,**

                                      **ZANE DAVID MEMEGER**
                                      **United States Attorney**

                                      */s/ Karen M. Klotz*

                                      **Karen M. Klotz**
                                      **Assistant United States Attorney**