

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Karen M. Klotz*
*Direct Dial: (215) 861-8524*
*Facsimile: (215) 861-8618*
*E-mail Address: karen.klotz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 16, 2014

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Francis Dowd, Criminal No. 12-505</u> - File

Dear Clerk:

    Please unimpound the Information in regard to the above-captioned case. The Information was filed on September 13, 2012.

                        Very truly yours,

                        ZANE DAVID MEMEGER
                        United States Attorney

                        Karen M. Klotz
                        Assistant United States Attorney