IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 12-505 |
| FRANCIS P. DOWD, JR. | : | |

## WAIVER OF INDICTMENT UNDER FED. R. CRIM. P. 7(b)

Defendant Francis P. Dowd, Jr., accused of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 371 (Count One) and bank fraud, in violation of 18 U.S.C. § 1344 (Count Two), and having been advised of the nature of the charges and of his rights, waives in open court prosecution by Indictment and consents to this prosecution proceeding by way of Information instead of by Indictment.

_____
Francis P. Dowd, Jr.
Defendant

_____
Jeffrey Cianciulli, Esquire
Counsel for Defendant

_____
Witness

DATE: 7/15/14