IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

vs.                                    :

Francis J. Dowd, Jr.                   :        CRIMINAL NO. 12-505-1

                                       :

                                       :

**ENTRY OF APPEARANCE**

To the Clerk:

Please enter my appearance on behalf of the ~~Government~~ *Defendant* in the above-entitled case.

_____
Counsel for ~~Government~~ *Defendant*
Walter W3RT, Jr.
1339 GNS8-W 8T.
Address
Phila., PA
215-241-7757
Phone No.

Date: 7/15/14

Cr 17 (8/80)